IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD WAYNE RICHARDSON ) | |
| ) | NO. 3:08-0266 |
| v. ) | |
| ) | U.S. DISTRICT JUDGE TRAUGER |
| ATHENS DISTRIBUTING COMPANY ) | |
| OF NASHVILLE, LLC ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By the signatures of counsel below, the parties give notice to the Court that they have settled all matters in controversy between them.

It is therefore, **ORDERED** that all claims in this action are hereby **DISMISSED with full prejudice to the re-filing of same**. The costs of this cause are taxed equally against the parties. Each party shall bear its own respective attorneys fees, costs and discretionary costs in this matter.

Entered this 10th day of November, 2009

**IT IS SO ORDERED.**

_____
JUDGE ALETA TRAUGER

APPROVED FOR ENTRY:

s/ Stafford McNamee, Jr.
Stafford McNamee, Jr. (BOPR No. 3739)
109 Westpark Drive, Suite 300
Brentwood, TN 37027
(615)661-5472

Attorney for Athens Distributing Company
of Nashville, LLC